**No. 09-9283. Eran Rubinstein, et ux., Petitioners v. Hagens Berman Sobol Shapiro LLP.**

559 U.S. 1091, 130 S. Ct. 2398, 176 L. Ed. 2d 767, 2010 U.S. LEXIS 3670.

April 26, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until May 17, 2010, within which to pay the docketing fees required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 09-737. Michelle Ortiz, Petitioner v. Paula Jordan, et al.**

559 U.S. 1092, 130 S. Ct. 2371, 176 L. Ed. 2d 767, 2010 U.S. LEXIS 3524.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit granted.

Same case below, 316 Fed. Appx. 449.

**No. 08-10994. Keith R. Jeffers, Petitioner v. West Virginia.**

559 U.S. 1092, 130 S. Ct. 2370, 176 L. Ed. 2d 767, 2010 U.S. LEXIS 3602.

April 26, 2010. Petition for writ of certiorari to the Circuit Court of West Virginia, Kanawha County, denied.

**No. 09-753. Robert McGowan, Petitioner v. United States.**

559 U.S. 1092, 130 S. Ct. 2372, 176 L. Ed. 2d 767, 2010 U.S. LEXIS 3637.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 338 Fed. Appx. 662.

**No. 09-938. D.Clark Ogle, Liquidating Trustee of the Agway Liquidating Trust, Petitioner v. Fidelity & Deposit Company of Maryland.**

559 U.S. 1092, 130 S. Ct. 2373, 176 L. Ed. 2d 767, 2010 U.S. LEXIS 3558.

**No. 09-968. Sherryl Snodgrass Caffey, Petitioner v. Alabama State Bar.**

559 U.S. 1092, 130 S. Ct. 2373, 176 L. Ed. 2d 767, 2010 U.S. LEXIS 3535.

April 26, 2010. Petition for writ of certiorari to the Supreme Court of Alabama denied.

**No. 09-997. Al Dickson, et al., Petitioners v. San Juan County, Utah, et al.**

559 U.S. 1092, 130 S. Ct. 2378, 176 L. Ed. 2d 767, 2010 U.S. LEXIS 3641.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 355 Fed. Appx. 243.